COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

Theodis and Maria Bruce, Virginia and
Sergio Cordova, Victor Corral, Jose
Dominguez Magdalena Juarez, Bernarda
Lopez, Elisa Negrete, Maria Reyes, Luis
Velazquez, Jose Valdez, Antonio and
Maria Salgado, and Iris Jordan,

Appellant,

v.

Oscar Renda Contracting,

Appellee.

§

§

§

§

§

§

§

§

No. 08-20-00135-CV

Appeal from the

171st District Court

of El Paso County, Texas

(TC# 2016DCV3160)

## **O R D E R**

The Court GRANTS Anita Garza's request for an extension of time within which to file the Reporter's Record until **December 30, 2020.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Anita Garza, Court Reporter for the 171st District Court for El Paso County, Texas, prepare the Reporter's Record and forward the same to this Court on or before December 30, 2020.

IT IS SO ORDERED this 14th day of December, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.